In the Matter of the Accounting of the PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY et al., as Executors of MARX LISSBERGER, Deceased, etc., Respondents.

WILLIAM R. WHITE, Superintendent of Banks of the State of New York, as Liquidator of MERCANTILE BANK AND TRUST COMPANY, Appellant.

Argued January 4, 1937; decided January 19, 1937.

*David Asch* and *William J. Butler* for appellant.
*JamesF. Donnelly* and*SamuelMichelman*for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.